IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Araceli Flores Figueroa,<br><br>    Plaintiff,<br><br>v.<br><br>A3H Foods LP d/b/a Jack in the Box and Mark Holmes,<br><br>    Defendants. | Case No. 24-CV-2772<br><br>PLAINTIFF DEMANDS TRIAL BY JURY |

## COMPLAINT

Plaintiff, Araceli Flores Figueroa ("Plaintiff"), by and through their attorneys, James M. Dore, complain against A3H Foods LP d/b/a Jack in the Box ("Defendant" or "A3H Foods LP d/b/a Jack in the Box") and Mark Holmes ("Defendant" or "Mark Holmes"). A3H Foods LP d/b/a Jack in the Box and Mark Holmes may collectively be referred to as ("Defendants"). In support of this Complaint, Plaintiff states:

### Introduction

1. This action seeks redress for Defendants' willful violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"), as well as any related state law claims, for Defendants' failure to pay overtime wages owed.

### Parties

2. Plaintiff is a resident of Houston, Texas; and she was employed by Defendants.

3. A3H Foods LP d/b/a Jack in the Box is a domestic limited partnership that is located, headquartered, and conducts business in Houston, Texas.

4. Mark Holmes is a Manager of A3H Foods LP d/b/a Jack in the Box and he is in charge of its employees. On information and belief, Mark Holmes is a resident of Houston, Texas.

5. Defendants are "an enterprise engaged in commerce or in the production of goods for commerce" under 29 USC § 203(s)(1)(A)(i) and (ii) because they have annual gross volume of sales made or business done of at least $500,000; and because they are engaged in interstate commerce or in the production of goods for interstate commerce.

## Jurisdiction And Venue

6. The Court possesses subject matter jurisdiction over the FLSA claim(s) pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1331 (federal question), and 28 U.S.C. §1337; and supplemental jurisdiction over any related state law claim(s) pursuant to 28 U.S.C. § 1367.

7. Venue is proper in the Southern District of Texas because all underlying facts and transactions occurred in or about Houston, Texas.

## Facts Common To All Claims

8. A3H Foods LP d/b/a Jack in the Box is an "employer" as that term is defined in Section 203 of the FLSA, because it is a privately owned for-profit entity.

9. Mark Holmes is an "employer" as that term is defined in Section 203 of the FLSA, because: (1) he was Plaintiff's head "boss" at A3H Foods LP d/b/a Jack in the Box ; (2) he had the power to hire and fire the employees, including Plaintiff; (3) he supervised and controlled Plaintiff's work schedules and conditions of employment; (4) he determined the rate and method of payment for employees; and (5) he maintained employment records.

## COUNT I: VIOLATION OF THE FLSA

10. Plaintiff reincorporates by reference Paragraphs 1 through 9, as if set forth in full herein for Paragraph 10.

11.     Plaintiff began working at A3H Foods LP d/b/a Jack in the Box in or before May 2015 until June 19, 2023.

12.     At all times, Plaintiff held the same position at Defendant A3H Foods LP d/b/a Jack in the Box, she was a general worker, cashier and cook.  Plaintiff was an "employee" of Defendants as that term is used in Section 203 of the FLSA because she was employed by Defendants to perform general worker, cashier and cooking duties, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

13.     Although schedules are subject to change, Plaintiff's general schedule with Defendants required Plaintiff to work on average 50 hours per week.

14.     Plaintiff was paid her wages on a biweekly basis.

15.     Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of her performance.

16.     Plaintiff's rate of pay was $1,346.00 biweekly, or the equivalent of $13.46 per hour.

17.     Throughout the course of Plaintiff's employment with Defendants, Defendants regularly scheduled and directed Plaintiff to work in excess of forty (40) hours per week.

18.     Defendants did not pay Plaintiff not less than one and a half (1.5) times the regular rate at which she was employed during the hours worked in excess of forty (40) hours per week.

19.     On information and belief, Defendants have failed to keep proper time records tracking Plaintiff's time worked; and Defendants' failure and refusal to pay Plaintiff overtime wages for hours worked in excess of forty (40) hours per week was a willful violation of the FLSA.

20.     Plaintiff is entitled to recover unpaid overtime wages and liquidated damages for up to three (3) years prior to the filing of this lawsuit.  On information and belief, this amount includes: (i) $6,797.00 in unpaid overtime wages; (ii) liquidated damages of $6,797.00; and (iii) Plaintiff's

attorney's fees and costs, to be determined. A calculation of Plaintiff's damages is attached as Exhibit A.

**WHEREFORE**, Plaintiff Araceli Flores Figueroa respectfully requests that the Court enter a judgment in its favor and against Defendants A3H Foods LP d/b/a Jack in the Box and Mark Holmes, jointly and severally, for:

A. The amount of unpaid overtime wages for all time worked by Plaintiff in excess of forty (40) hours in individual work weeks, totaling at least $6,797.30;

B. An award liquidated damages in an amount equal to at least $6,797.30;

C. A declaration that Defendants violated the FLSA;

D. An award reasonable attorneys' fees and costs; and

E. Any such additional or alternative relief as this Court deems just and proper.

s/   James M. Dore

**Justicia Laboral LLC**
**James M. Dore (Texas Bar No. 24128272 )**
*Attorneys for Plaintiff*
6232 N. Pulaski Road, Suite 300
Chicago, IL. 60646
P: 773-415-4898
E: jdore@justicialaboral.com

**PLAINTIFFS DEMAND TRIAL BY JURY**

EXHIBIT A-Unpaid OT Calculator

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | MW/Hr. | Unpaid MW | Unpaid OT | FLSA Liquidated |
|---|---|---|---|---|---|---|---|
| 7/25/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 8/1/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 8/8/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 8/15/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 8/22/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 8/29/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 9/5/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 9/12/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 9/19/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 9/26/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 10/3/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 10/10/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 10/17/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 10/24/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 10/31/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 11/7/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 11/14/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 11/21/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 11/28/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 12/5/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 12/12/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 12/19/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 12/26/2021 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 1/2/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 1/9/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 1/16/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 1/23/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 1/30/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 2/6/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 2/13/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 2/20/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 2/27/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 3/6/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 3/13/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 3/20/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 3/27/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 4/3/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 4/10/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 4/17/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 4/24/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 5/1/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 5/8/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 5/15/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 5/22/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 5/29/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 6/5/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 6/12/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 6/19/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 6/26/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 7/3/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 7/10/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 7/17/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 7/24/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 7/31/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 8/7/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 8/14/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 8/21/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 8/28/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 9/4/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 9/11/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 9/18/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 9/25/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 10/2/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 10/9/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 10/16/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 10/23/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 10/30/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/6/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 11/13/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 11/20/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 11/27/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 12/4/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 12/11/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 12/18/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 12/25/2022 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 1/1/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 1/8/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 1/15/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 1/22/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 1/29/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 2/5/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 2/12/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 2/19/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 2/26/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 3/5/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 3/12/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 3/19/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 3/26/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 4/2/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 4/9/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 4/16/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 4/23/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 4/30/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 5/7/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 5/14/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 5/21/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 5/28/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 6/4/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 6/11/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 6/18/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| 6/25/2023 | 50 | 10 | $13.46 | $7.25 | $0.00 | $67.30 | $67.30 |
| TOTALS: | | | | | | $6,797.30 | $6,797.30 |